**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6162**

———————

ROBERT L. BROWN, JR.,

        Plaintiff - Appellant,

    v.

MR. JARED BAKER, Psychologist; NURSE LASTER; C. PHIPPS; DR.
MOISES E. QUINONES; KATHLEEN J. BASSETT, Warden,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:07-cv-00574-jlk-mfu)

———————

Submitted: July 8, 2008        Decided: July 31, 2008

———————

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert L. Brown, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Brown, Jr., appeals the district court's order dismissing without prejudice his action filed pursuant to 42 U.S.C. § 1983 (2000), for failure to state a claim. <u>See</u> 28 U.S.C. § 1915A(b)(1) (2000). Brown also appeals the court's orders denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Baker</u>, No. 7:07-cv-00574-jlk-mfu (W.D. Va. Jan. 3, 2008; Jan. 18, 2008; Feb. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>